IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06 - CV - 00858 -BNB

(The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

MAY - 5 2006

C. LANGHAM
CLERK

LAWRENCE M. JIRON,

    Applicant,

v.

[NO RESPONDENT NAMED],

    Respondent.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted a letter to the court asking the court to vacate his state court criminal conviction and sentence.  The court has determined that the letter is deficient because Applicant has failed to file an application for a writ of habeas corpus and he has failed either to pay the $5.00 filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action.  Applicant will be directed to cure the following if he wishes to pursue his claims.  Any papers that Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   xx   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month

Dockets.Justia.com

|       |       | period immediately preceding this filing |
|-------|-------|---|
| (4)   | __    | is missing required financial information |
| (5)   | __    | is missing an original signature by the prisoner |
| (6)   | __    | is not on proper form (must use the court's current form) |
| (7)   | __    | names in caption do not match names in caption of complaint, petition or habeas application |
| (8)   | __    | An original and a copy have not been received by the court. Only an original has been received. |
| (9)   | xx    | other: motion is necessary only if filing fee is not paid. |

**Complaint, Petition or Application:**

| (10)  | xx    | is not submitted |
|-------|-------|---|
| (11)  | __    | is not on proper form (must use the court's current form) |
| (12)  | __    | is missing an original signature by the prisoner |
| (13)  | __    | is missing page nos. __ |
| (14)  | __    | uses et al. instead of listing all parties in caption |
| (15)  | __    | An original and a copy have not been received by the court. Only an original has been received. |
| (16)  | __    | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17)  | __    | names in caption do not match names in text |
| (18)  | __    | other _____ |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Applicant, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action; Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed

without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 4th day of May, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 00858** - BNB

Lawrence Jiron
Prisoner No. 116040
Delta Correctional Center
4102 Sawmill Mesa Rd.
Delta, CO 81416

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on  5-5-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk